UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

_Salih Wasim Lutfi_      #15450-021

*(Enter above the full name of the plaintiff*
*or plaintiffs in this action).*       *(Inmate Reg. # of each Plaintiff)*

**VERSUS**      **CIVIL ACTION NO.** _5:15-2064_

*(Number to be assigned by Court)*

**FILED**

FEB 2 3 2015

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

_E. Stock - Case Manager_
_Hawkins - Counselor_
_R. Maza - Case Manager_
_Westcott - Counselor, Warden S. Coakley_

*(Enter above the full name of the defendant*
*or defendants in this action)*

## COMPLAINT

I.     **Previous Lawsuits**

       A.     Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

                Yes __✓__       No _____

1

B.  If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.  Parties to this previous lawsuit:

Plaintiffs: _Salih W. Lutfi_

_____

_____

Defendants: _Camden County, Sheriff Dept._

_____

_____

2.  Court (if federal court, name the district; if state court, name the county);

_Woodbine Court House, Camden County_

3.  Docket Number: _N/A_

4.  Name of judge to whom case was assigned:

_N/A_

5.  Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?

_I filed it but did not pursue it._

6.  Approximate date of filing lawsuit: _Sometime in 2010_

7.  Approximate date of disposition: _N/A_

2

**II.**   **Place of Present Confinement:** _F.C.I. Beckley_

    **A.**   Is there a prisoner grievance procedure in this institution?

        Yes __✓__   No _____

    **B.**   Did you present the facts relating to your complaint in the ~~state~~ _federal_ prisoner grievance procedure?

        Yes __✓__   No _____

    **C.**   If you answer is YES:

        1.   What steps did you take? _Administrative grievance process, Contact Inspector General and Mid Atlantic Regional_

        2.   What was the result? _Nothing was done_

    **D.**   If your answer is NO, explain why not: _They dont care, I guess_

**III.**   **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    **A.**   Name of Plaintiff: _Salih W. Lutfi #15450-021_

        Address: _F.C.I. Beckley P.O. Box 350 Beaver WV. 25813_

    **B.**   Additional Plaintiff(s) and Address(es): _____

        _N/A_

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.   Defendant: _E. Stock_

is employed as: _Case Manager_

at _Federal Prison Camp (Beckley)_

D.   Additional defendants: _Hawkins (counselor)_

_Westcott (counselor)_

_R. Maza (case manager)_

_Warden J. Coakley_

## IV.   Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

E. Stock, Hawkins, Westcott, all will not do any copies for me even when I offer to pay for access of court. All will not give me requested BP-8's, BP-9's, and BP-10's for filing complaints and for inmate appeals. All are harassing and retaliating against me for filing complaints against fellow staff members. My legal documents were trashed, thrown away by E. Stock and R. Maza. All because one of my complaints was against E. Stock. I told both E. Stock and R. Maza that I needed that paperwork copied for my D.H.O. hearing the following week on the 25th of Nov. 2014. R. Maza said he would copy it, but upon him reading the material he saw that I had a complaint about E. Stock who was accompaning him. So he gave it to her.

4

**IV.    Statement of Claim (continued):**

E. Stock was upset and questioned me about it. A few days passed and I write to them both explaining again, that I NEED those papers for my D.H.O. hearing, because it was part of my defense. Neither one REPLIED. So, in the end all my papers were lost by them and I was unprepared for my D.H.O. hearing for (101) assault. On 12/23/14 E. Stock came to my cell door (B-12) and asked me what do I need? I said, "I need some copies of legal materials." She said sarcasticaly, "what's wrong with your hands?" I said, "so you are denying me legal copies when I am willing to pay?" She said again "what's wrong with your hands?" She also said that she was not doing my transfer until my D.S. time was up. But my DISciplinary SEGREGATION was suspended. She is just threatening me and harassing me. E. Stock is being bias in her official duties as a case ...

(SEE attachment)

**V.    Relief**

State briefly exactly what you want the court to do for you.  Make no legal arguments.
Cite no cases or statutes.

Demotion of case manager E. Stock is REQUESTED for a more competent, professional case manager. Hawkins, R. Mara, Westcott, should have this incident filed in their personal employee files for code an ethics. For the application of the Second Chance Act to be applied with consistent standards for RRC placement and HomeConfinment.

—OR—

EXspung (101) assualt and restore all good time and privileges immediately.

5

**V.     Relief (continued)):**

_____

_____

_____

_____

_____


**VII.   Counsel**

A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____N/A_____

B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes _____          No __✓__

If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

If not, state your reasons: _Dont know of any_____

_____

C.    Have you previously had a lawyer representing you in a civil action in this court?

Yes _____          No __✓__

If so, state the lawyer's name and address:

_____

_____

Signed this _29th_ day of _DECEMBER_, 20 _14_.

_Salih W. Lutfi_

_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _12-29-14_.
　　　　　　　　　　　(Date)

_Salih W. Lutfi_
Signature of Movant/Plaintiff

_____

Signature of Attorney
(if any)

7

Continue: Statement of Claim

manager. She deliberately waits until inmates get down to less than a year before she starts doing their release plans.(Look at her 2014 case load) One guy inmate Walls, she waited until he had (3) months left from his release date before she did his release plan. Most inmates she waits until they are less than a year and only requests less than (6) months or (6) months Halfwayhouse (RRC) or Home Confinement.

She is not applying consistant standards for the application of the Second Chance Act. Is bias and discrimitive to all other programming that does not involve her. She only recommends (6) months or less for most inmates, but for her (K9) program inmates, she recommends (9) months RRC placement or Home confinement. She is deliberately trying to hender our Re-Entry back into society successfully.

E. Stock told me that she was putting me in for the Second Chance Act but was only recommending (6) months RRC placement. I said, "this is not the Second Chance Act, if I am Eligible, why am I not getting the recommendation for both, RRC and HomeConfinement?" She said, "your not getting both, we don't do that here." "So, I told her, do not use the Second Chance Act because of their in-house rules and wrong interpretations." Administrative Remedy Process for inmates here is a joke. I can't get the necessary documents to file anything, grievances or appeals." Lastly, my points should have dropped after a year of clear conduct and programming, but Ms. E. Stock refused to drop my points.

(Page 8)

E. Stock also deliberately held up my transfer to make me due (two) months of Disciplinary Segregation time which was suspended, to further harrass me.

BP-A0148
JUNE 10

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
| Ms Stock | 5-30-14 |
| FROM: | REGISTER NO.: |
| Salih W. Lutfi | 15450-021 |
| WORK ASSIGNMENT: | UNIT: |
| Barber | EVERGREEN |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

My request is that I be allowed the
maximum RRC placement and home confinement.
See attachments (A - F)

(Do not write below this line)

DISPOSITION:

In December 2013 you were reviewed for the 2nd chance
Act. It was determined that you do have a release
residence and support from your family and friends.
A recommendation of home detention on April 1, 2015
will be made by your unit team. If home detention
is not an option in your district, we are recommending
90-120 days RRC.

| Signature Staff Member | Date |
| E | 6-8-14 |

Record Copy - File; Copy - Inmate

PDF                                  Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Copy
Attachment (4)

May 30, 2014

Unit Team/Camp Administrator
FPC Beckley

RE: Request for RRC Placement and Home Confinement

To Whom it may Concern:

I am writing to you to request that I be allowed to receive RRC placement and home confinement for the maximum allowable periods of 12 months and six months respectively, pursuant to 18 USC 3621 (c)(2); 18 USC 3624; and Program Statement P5330.11 (copies attached). Having completed the Non-Residential Drug Abuse Program, BOP policy encourages each Warden to approve the inmate for the maximum period of RRC placement. The maximum period of RRC placement, pursuant to 18 USC 3624 is now 12 months. Further, because I have no place of residence and limited employment options, I am also requesting the maximum amount of home confinement of six months as defined by 18 USC 3621 (c)(2).

In Perez v. Winn (2006, DC Conn) 431 F. Supp 3d 87, Congress mandated that prisoners receive individualized evaluation of their eligibility for community corrections placement.

In Leggett v. Nash (2004, DC NJ) 2004 US Dist LEXIS, the Court stated that the Director of the BOP has discretion, pursuant to 18 USC 3621 (b) to review and place inmates in community corrections centers at anytime during custodial sentence; further, BOP Director has authority, if he chooses in his discretion to use it, to review inmate for possible to and placement in CCC pursuant to 18 USCS 3621 (b) at any time for any reason, in addition to transitional purposes specified in 18 USCS 3624 (c).

1.

Because of the aforementioned characteristics of my particular situation, I am requesting your consideration in allowing my requests as listed. Thank you in advance for your assistance.

5-30-14

Salih A. Lutfi #15450-021

2.

*Copy*

BEC-1330.13f
May 31, 2006
Attachment A

REQUEST FOR ADMINISTRATIVE REMEDY
INFORMAL RESOLUTION FORM
FCI BECKLEY, WEST VIRGINIA

Section 1 - To be completed by the Unit Counselor at the time inmate request Administrative Remedy.

Inmate Name: *Salih W. Lutfi*          Register Number: *15450-021*

Assigned Unit: *EVERGREEN*              Counselor: *Camp Administrator*

Date of Request: *7-01-14*              Date of Incident: *7-01-14*

Specific Complaint: *Case M. Stock/Unit Team - For Refusal to apply consistant Standards to the application of RRC placement via my Eligibility For the Second Chance Act and my completion of NON-RESIDENTIAL DRUG TREATMENT.*

Informal Resolution was / <u>was not</u> accomplished.   If not accomplished, inmate issued Request for Administrative Remedy Form.   Inmate was advised to review Program Statement 1330.13, <u>Administrative Remedy Program</u>, to ensure compliance with filing procedures.

*Salih Lutfi 15450-021*              *7-01-14*
Inmate Signature / Register Number          Date

_____          _____
Counselor Signature                        Date

Section 2 - To be completed by the Counselor when inmate submits Request for Administrative Remedy Form.

Date Submitted:_____

Was issue discussed with the inmate: YES / NO.  If no, reason:_____

Were staff or departments noted in Administrative Remedy contacted: YES / NO.

If no, reason.  If yes, response:_____

_____
_____
_____
_____
_____

Informal Resolution <u>was</u> / <u>was not</u> accomplished   If not accomplished, staff submitted Request for Administrative Remedy Form to Administrative Remedy Coordinator.

_____          _____
Inmate Signature / Register Number          Date

_____          _____
Counselor Signature                        Date

_____          _____

_Cell # 8_

```
  BECBF  606.00  *      MALE CUSTODY CLASSIFICATION FORM     *      09-04-2014
  PAGE 001 OF 001                                                   07:23:24

                          (A) IDENTIFYING DATA
  REG NO..: 15450-021        FORM DATE: 12-06-2013          ORG: BEC
  NAME....: LUTFI, SALIH W
                               MGTV: NONE
  PUB SFTY: NONE               MVED:
                          (B) BASE SCORING
  DETAINER: (0) NONE           SEVERITY.......: (3) MODERATE
  MOS REL.: 21                 CRIM HIST SCORE: (08) 12 POINTS
  ESCAPES.: (0) NONE           VIOLENCE.......: (2) > 15 YRS SERIOUS
  VOL SURR: (3) VOL SURR       AGE CATEGORY...: (2) 36 THROUGH 54
  EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (1) <5 YEARS
                          (C) CUSTODY SCORING
  TIME SERVED.....: (4) 26-75%    PROG PARTICIPAT: (2) GOOD
  LIVING SKILLS...: (1) AVERAGE   TYPE DISCIP RPT: (5) NONE
  FREQ DISCIP RPT.: (3) NONE      FAMILY/COMMUN..: (4) GOOD

                    --- LEVEL AND CUSTODY SUMMARY ---
  BASE CUST VARIANCE   SEC TOTAL   SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
  +13  +19   -3         +10        MINIMUM    N/A                COM     SAME


  G0005      TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```



Your points have not went down because nothing has changed. You are scored good in programming. You will be scored again in December. Points do not automatically go down. You may stay the same for years.

INMATE REQUEST TO STAFF CDFRM

BP-A148.055
SEP 98
U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: 10-09-13 |
|---|---|
| C.M. Stocks | |
| FROM: Salih W. Lutfi | REGISTER NO.: 15450-021 |
| WORK ASSIGNMENT General M. | UNIT: EVERGREEN |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I am waiting to REQUEST that I be allowed (Six) months Halfway House and (Six) months home confinement. This REQUEST is PREDICATED on my NEED to establish adequate housing and to SECURE satisfactory Employment.

(Do not write below this line)

DISPOSITION:

You will be reviewed for the 2nd chance Act and recommended as appropriate

| Signature Staff Member | Date 10-13-13 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

SECTION 6

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

In the Name of Allah, the most Beneficent the most Merciful

<u>Written Copy</u>
(1)

Dear Inspector General:                    12-9-14

Issue (1)    Hello, I would like to report alot of misconduct by
my unit team and staff here at Beckley. I have to
resort to giving <u>written copies</u> of legal documents
because <u>my unit team will not make copies</u>. Even if I
offer to pay.

A couple of weeks ago, I gave <u>Case Manager</u>
<u>Maza</u> whom was accompanied by <u>Case Manager Stock</u>,
some <u>legal papers</u> that was a part of my defense
for my <u>D.H.O. hearing the following week.</u>

C.M. Maza, took them and said, "he would copy
them and bring them right back." He then read
it and saw one of my <u>complaints were against Ms. E.</u>
<u>Stock. He then, gave it to her.</u> A couple of minutes
later. She comes to my door B-7 and questions me
about it, then walks off, with my paperwork.
While sarcastically saying, "she <u>could investigate what-</u>
<u>ever she wants too."</u>

A few days pass and I write them both telling
them, "I need that back for my D.H.O. hearing."
I receive no response from either. I had
printed out (3) pages from the law library on <u>Due</u>
<u>Process 541.1</u> progstat. for the disciplinary process.
For which, I was arguing many due process
violations according to the disciplinary process.
Constitutional issues cited as well.

②

Now the mending of my hearing for this (101) assault. Ms. Stock was there with my staff <u>representative Counselor Painter</u>. I asked the D.H.O., "did he <u>receive my complaints from Ms. Stock?</u>" He <u>said</u>, "No!" I then asked him to ask Ms Stock "who was on video" where was my paper that I had given them to copy? She said, "she <u>couldn't copy it and left it that day with the S.H.U. one officer</u>." to give back to me.

    Long story short, It got lost and I was unprepared for my D.H.O. hearing. In which the D.H.O. said to me, "I am not <u>getting off on</u> a technicality." My staff rep. Mr. Painter did not <u>even ever come and speak to me to see what I needed help with for my defense.</u> C.M. Maza, C.M. Stock both read it and now it <u>disappears because it involves her and I'm bringing up due process violations.</u> How convenient!

Issue ② They are stopping our mail from going out and coming in. I receive mail that was postmarked a week or two ago before I finally get it. Incoming and outgoing mail is done the same way. This has gone on until date (5) months. S.I.S. is the problem.

Issue ③ They are trying to stop inmates appeal process. I appealed (see attached) 113 prohibited act. Almost two months ago, I sent it to the

③

Mid-Atlantic Regional and never heard anything from them. A couple of weeks ago, I wrote to the Mid-Atlantic Region and asked what was going on with my appeal. As of today, I have heard nothing.

My appeal was based on this... officer Burdette's lying on me and it was obvious. Look at his statement on the incident report (See attached 113) He said, "White searching a brown bag with commissary that had Lutfi's name and regulation number on it. I found two pill bottles...

The D.H.O. and unit team (UDC) missed my point. Burdette specifically said, "Commissary that had Lutfi's name and regulation number on it." There is no commissary purchased in the S.H.U. that comes with inmates name and regulation num. on them. Not even on radio's purchased. Nor are we allowed any other commissary thats not on the commissary sheets (See attached).

This lie was a vicious attempt to frame and convict me by officer Burdette. The D.H.O. even said in his report. That Burdette should have written me and my cell mate up. Because he found that the pills were in a constructive area.

Issue ④ I wrote several complaints against medical staff here especially Kevin Thompson. He told me, "make sure I spell his name right when I file on him."

Issue (7). At my hearing with the D.H.O. on Nov. 25th 2014. I asked him, "did he got my due process complaint from my case manager Stock?" He said, "No!" He then asks, "whats the nature of my complaint?" I advise him that I cant remember them all (3 pages) plus (3) additional pages printed out from the law library (6) total. But its all about due process violations. He states no-matter whats in my complaint, I am not getting off on a technicality. I then ask him to ask Mr. Stock, "where are the papers I gave her to copy last week for my D.H.O. hearing?" She says the same day I gave it to case manager Plaza who then gave it to her, she left it with the SHU one officer to give back to me. Because she couldn't copy it. Even though I had offered to pay for the copies.

So, my legal papers were lost in the end. Which was all of my defense. Because I could not remember all of the issues. So, now I am unprepared for my hearing. I also sent an entire seperate hand written copy of my complaint. to the D.H.O. which he said he didn't receive. When the D.H.O. told me that I was not getting off on a technicality. I was scared to say anything else and perceived him as a threat to having a fake hearing. He was not acting as an independent, impartial decision maker, rather a part of the prosecution He should have advised me of my legal rights, but he didn't and

In the name of Allah, the most gracious, the most merciful...

(1)

## TO: EEO office

Complaint ①                                                    12-14-14

Case Manager Ms. Stock and the Administration are willfully discriminating against myself and other inmates here at Beckley. She is refusing to apply consistant standards for the application of RRC placement / Home confinement via inmates eligibility for the Second Chance Act and completion of Non-Residential Drug Treatment. My request for Halfway house and Home confinement are predicated on my need to establish adequate housing and secure satisfactory employment.

My entire incarceration I have programmed, (see attached) But Ms Stock does not care about any other programming that inmates have done. And only recommends less than (6) months to these inmates for RRC placement / Home C...

But for inmates who participate in the (K-9) program that she is instrumental in creating, inmates receive recommendations from her for (9) months RRC placement / H.C.. She is being very bias in who gets recommendations for what. She told me that she was putting me in for the Second Chance Act, but only was gonna recommend 90 to 120 days RRC. I said to her if I am eligible for the Second Chance Act why am I not getting this recommendation for both RRC placement and Home confinement? Because to my understanding the Second Chance Act is for "both"! She said, "your not getting both, we don't do that here."

I told her that, "this is not the Second Chance Act and don't use it." Because of her unwillingness to apply it correctly and their in house rules.

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

*Sensitive*

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Lutfi, Salih W.                    15450-021        SHU        Beckley
LAST NAME, FIRST, MIDDLE INITIAL            REG. NO.         UNIT        INSTITUTION

**Part A– INMATE REQUEST** For over a month I have been requesting receipts and responses to my 9's filed on the following staff members... Total (2) on E. Stack, R. Maza, and my Unit team. staff misconduct, denying me the administrative remedy process, biasness, harassment, and retaliation. Total (3) filed on K. Thompson and medical staff for denying me proper medical treatment. (1) Filed on officer Toliver, for denying me my legal mail. (1) Filed on officer Burdette Harvey for misconduct of staff. All BP 9's filed are past due pursuant to B.O.P. policy to respond. These BP 9's I received from other inmates in the SHU, I've used to file with. For months I have requested to have my BP 9's responded to by Mr Le Master. Every week acts as though her looking into it, the matter. But I never get a receipt or response. is therefore hostile as well. They are all working together to conceal what is going on here. I've told Mr LeMaster that all of my BP 9's filed are all past due. He said if I had too many written and I have to give them time to respond. He also said that thought most were frivolous. Either way they deserve to be responded to. Because the hostile nature of staff here. I am keeping a copy of this grievance for my own record and adding a hand written forth page. Do to the fact I cant get responses back, the entire Camp Administration and staff need to be investigated. Please contact us inmates

1-30-15            in the SHU as well.                    Salih W. Lutfi
DATE                                                        SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____                                    _____
DATE                                               WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

FIRST COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE          CASE NUMBER: _____

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITU

SUBJECT: _____

_____          ✪          _____
DATE              PRINTED ON RECYCLED PAPER      RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

DEAR CLERK;                                             1-29-15

     Hello, my name is Salih W. Lutfi #15450-021.
Unfortunately, the staff here are very hostile and
stop our mail from going out. So, I had to use
another inmate to send this to you.

     Also, for a month now I've tried to get
my unit team to fill out the "CERTIFICATE"
they are mad at me for previous grievances
filed against them. I've waited a month
trying to get it done, but they will not due
it.

     I have given you authority to RECIEVE
any information NEEDED from my account
at this institution.

Note: I am awaiting transfer, so I will
write you once I'm at my NEW address.
No NEED to send me back anything here,
Not sure if I'll get it anyways.

     Thank You!!

                             Sincerely;
                             Salih W. Lutfi
                             #15450-021
                             Salih W. Lutfi

P.S. Enclosed are (3)
diffrent lawsuits

JaReN Holley 48391-007
Beckley
Federal Correctional Institution
PO Box 350
BeaveR, WV 25813

Legal
Mail

PRIORITY MAIL ★

TRACKED ★★★ INSURED



U.S. POSTAGE
PAID
BEAVER, WV
FEB 20 13
AMOUNT
$0.00
25801
0001E844-09

CLERK, United States District Court
110 North Heber St. Room 119
Beckley, WV 25801

UNITED STATES
POSTAL SERVICE®
USPS TRACKING #

R Aug. 2013
-000-0089

